SWORN CERTIFICATION OF PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Mike Vega, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.  I am duly authorized to institute legal action against Energy Transfer LP and other defendants.

3.  I did not purchase Energy Transfer LP's securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  I am willing to serve as a representative party(s) on behalf of a class and will testify at deposition and trial, if necessary.

5.  My transactions in Energy Transfer LP's securities during the Class Period are set forth below.

6.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


5/27/2022
_____
Date

DocuSigned by:

*Mike Vega*
A2C663FD3950459...
_____
Mike Vega

Mike Vega's Transactions in Energy Transfer LP's securities during the class period:

| Date Acquired | Date Sold/Expired | Transaction Type | Quantity | Gain or Loss |
|---|---|---|---|---|
| 06/07/2021 | 06/16/2021 | Option sale to close-call | 1 | $10.98 |
| 06/07/2021 | 06/17/2021 | Option sale to close-call | 1 | $16.98 |
| 06/07/2021 | 06/18/2021 | Option sale to close-call | 3 | $0.00 |
| 06/07/2021 | 06/25/2021 | Option sale to close-call | 33 | $-792.07 |
| 06/17/2021 | 06/25/2021 | Option sale to close-call | 3 | $-72.03 |
| 06/17/2021 | 06/25/2021 | Option sale to close-call | 4 | $-48.01 |
| 06/21/2021 | 06/25/2021 | Option sale to close-call | 13 | $-195.03 |
| 06/21/2021 | 06/25/2021 | Option sale to close-call | 8 | $-120.02 |
| 06/21/2021 | 06/25/2021 | Option sale to close-call | 5 | $-75.01 |
| 06/21/2021 | 06/25/2021 | Option sale to close-call | 4 | $-60.01 |
| 06/23/2021 | 06/25/2021 | Option sale to close-call | 75 | $-1,200.14 |
| 06/23/2021 | 06/25/2021 | Option sale to close-call | 1 | $-16.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 13 | $-195.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 10 | $-150.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 10 | $-150.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 5 | $-75.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 3 | $-45.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 2 | $-30.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 2 | $-30.00 |
| 06/28/2021 | 07/16/2021 | Option expiration – long call | 1 | $-15.00 |
| 06/28/2021 | 07/02/2021 | Option expiration – long put | 4 | $-16.00 |
| 06/28/2021 | 07/02/2021 | Option expiration – long put | 2 | $-8.00 |
| 06/28/2021 | 07/02/2021 | Option expiration – long put | 1 | $-5.00 |
| 07/26/2021 | 07/30/2021 | Option expiration – long call | 16 | $-32.00 |
| 07/26/2021 | 07/30/2021 | Option expiration – long call | 10 | $-10.00 |
| 07/26/2021 | 07/30/2021 | Option expiration – long call | 5 | $-10.00 |
| 07/26/2021 | 07/30/2021 | Option expiration – long call | 5 | $-10.00 |
| 07/26/2021 | 07/30/2021 | Option expiration – long call | 5 | $-10.00 |
| 07/26/2021 | 07/30/2021 | Option expiration – long call | 1 | $-2.00 |
| 07/26/2021 | 07/30/2021 | Option expiration – long call | 1 | $-2.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 22 | $-242.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 21 | $-231.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 6 | $-66.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 5 | $-55.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 3 | $-33.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 3 | $-33.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 1 | $-11.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 1 | $-11.00 |
| 10/29/2021 | 11/12/2021 | Option expiration – long call | 1 | $-11.00 |