IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ENERGY TRANSFER SECURITIES LITIGATION | Civil Action No. 1:22-cv-04614-AKH |

[PROPOSED] ORDER GRANTING MOTION TO TRANSFER
VENUE TO THE NORTHERN DISTRICT OF TEXAS

The motion is denied as premature, without prejudice to renewal after Plaintiffs filed their amended complaint.

SO ORDERED.

/s/ Alvin K. Hellerstein
August 25, 2022

Having considered Defendants' Notice of Motion to Transfer Venue to the Northern District of Texas, the Memorandum of Law in Support thereof, and the Declaration of Brent Ratliff, and good cause appearing therefor, the Court ORDERS that:

1. This, the above-captioned case, be transferred to the United States District Court for the Northern District of Texas, Dallas Division; and

2. That all outstanding deadlines in this District be suspended pending Order by the transferee court.

IT IS SO ORDERED.

Dated: _____                    _____
                                            THE HONORABLE ALVIN K. HELLERSTEIN
                                            UNITED STATES DISTRICT JUDGE