UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
IN RE ENERGY TRANSFER LP        :   **ORDER REGULATING**
SECURITIES LITIGATION            :   **PROCEEDINGS**
:
:   22 Civ. 4614 (AKH)
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiffs shall file opposition papers by October 21, 2022; replies, by October 28, 2022. Defendants' time to Answer, in this or in a transferee court, is due by November 4, 2022. The Initial Case Management Conference will be held November 18, 2022, if the case remains in this court.

        SO ORDERED.

Dated:    October 11, 2022                    /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                            United States District Judge